UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **LEIGHANN BRITNER,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MOUNT AUBURN HOSPITAL, et al.,** )<br>)<br>Defendants. )<br>) | No. 24-cv-10079-JEK |

## ORDER

**KOBICK, J.**

On January 9, 2024, plaintiff LeighAnn Britner filed a civil complaint, ECF 1, without paying the $405 filing fee or filing a motion for permission to go forward with her lawsuit without paying the fee.

On January 22, 2024, the Court ordered Britner to resolve the filing fee by paying it or by filing a motion to proceed without payment of the fee. ECF 3. In this order, the Court stated that failure to comply with the order within 21 days could result in dismissal of this action.

The time for complying with the January 22, 2024 has lapsed without any response from Britner. Accordingly, this action is DISMISSED without prejudice for failure to pay the filing fee.

**SO ORDERED.**

 /s/ Julia E. Kobick
JULIA E. KOBICK
UNITED STATES DISTRICT JUDGE

Dated: March 1, 2024